RECEIVED
AUG 01 2017
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF S. SMITH,<br><br>　　　　Defendant. | No. 17 Civ. 5808 (CS)<br><br>**[PLAINTIFF'S PROPOSED] ORDER TO SHOW CAUSE FOR AN ORDER FOR LEAVE TO FILE UNDER SEAL** |

Upon the Summons and Complaint of Plaintiff International Business Machines Corporation ("IBM") and the application by IBM for the entry of an Order, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, providing for filing under seal certain materials to be submitted in connection with this action, and the Court having read and considered the Declaration of Arvind Krishna, dated _____, 2017; and good and sufficient reason appearing to me therefore;

THEREFORE, it is on this ____ day of _____, 2017;

ORDERED that Defendant Jeff Smith or his counsel show cause at a hearing to be held in this Court before the Honorable _____, United States District Judge, in Courtroom _____, United States Courthouse, 300 Quarropas Street, White Plains, New York, on _____, 2017 at _____ .m., or as soon thereafter as counsel may be heard, why the Court should not enter an order granting IBM's application for leave to file under seal.

IT IS SO ORDERED.

Dated: _____, 2017.
White Plains, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.