UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF S. SMITH<br><br>        Defendant. | Civil Action No. 17-CV-5808 (CS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ronald E. Richman, an attorney in good standing of the bar of this Court and a member of the law firm Schulte Roth & Zabel LLP, hereby appears as counsel for Defendant Jeff S. Smith in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
       August 4, 2017

SCHULTE ROTH & ZABEL LLP

By: /s/ Ronald E. Richman
     Ronald E. Richman

     919 Third Avenue
     New York, NY 10022
     Telephone: 212.756.2000
     Facsimile: 212.593.5955
     E-mail: Ronald.Richman@srz.com

*Attorneys for Defendant*