# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JEFF S. SMITH,<br><br>Defendants. | Civil Action No. 17-cv-05808-CS |

**DECLARATION OF BERNARD GOLDEN**

Bernard Golden declares pursuant to 28 U.S.C. § 1746:

1. I am Bernard Golden. I make this declaration of my own personal knowledge and, if called as a witness, I could competently testify thereto.

2. From 2010 to the present, I have provided consulting services (or received compensation) from the following entities:

   (a) Apigee, which was a client in 2011;

   (b) Bospar, which has been a client since 2016 and is currently;

   (c) BrightTalk, which has been a client since 2016 and is currently;

   (d) C-ISAM, which was a client in 2012;

   (e) Dummies Press, which has been a client since 2010 and is currently;

   (f) Google, which has been a client since 2017 and is currently;

   (g) HelloWallet, which was a client from 2010 to 2011;

   (h) IEEE, which has been a client since 2015 and is currently;

   (i) MSPTv, which was a client in 2010;

   (j) Navica, which is the consulting firm that currently employs me;

(k)     O'Reilly Media, which was a client from 2010 to 2015;

(l)     Sensato, which was a client in 2010;

(m)    Simplilearn, which has been a client since 2016 and is currently;

(n)     Unitek, which was a client in 2010;

(o)     UOL Host, which was a client in 2012; and,

(p)     Warburg Pincus, which has been a client since 2016 and is currently.

3.      While Google is a current consulting client, if I was given access to IBM's alleged confidential information, I would under no circumstance disclose that information to Google. Further, while I have not seen any alleged IBM confidential information to date, the consulting work I am doing for Google most likely has little to no connection to that information.

I declare on August 9, 2017 under penalty of perjury that the foregoing is true and correct.

_____
Bernard Golden