# Exhibit 1