# Exhibit 2



















