# Exhibit 3

























