# Exhibit 4

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
INTERNATIONAL BUSINESS MACHINES
**CORPORATION,**

                         **Plaintiff,**

          v.                              17 CV 5808 (CS)

**JEFF S. SMITH,**

                         **Defendant.**

----------------------------------x
                         U.S. Courthouse
                         White Plains, N.Y.
                         August 1, 2017
                         11:20 a.m.

**Before:**          HON. CATHY SEIBEL,
                     United States District Judge


APPEARANCES

**PAUL WEISS RIFKIND WHARTON & GARRISON, LLP**
**BY:  ROBERT A. ATKINS, Esq.**
**     PIETRO SIGNORACCI, Esq.**
**     KRISTEN-ELISE DEPIZZO, Esq.**
**1285 Avenue of the Americas**
**New York, N.Y.  10019-6064**
**Attorneys for Plaintiff**

MORGAN LEWIS
**BY:  SARAH E. BOUCHARD, Esq.**
**     BRANDON J. BRIGHAM, Esq.**
**1701 Market Street**
**Philadelphia, PA  19103-2921**
**Attorneys for Defendant Smith**

**SCHULTE ROTH & ZABEL, LLP**
**BY:  RONALD E. RICHMAN, Esq.**
**     MAX GARFIELD, Esq.**
**919 Third Avenue**
**New York, NY  10022**
**Attorneys for**


**Sue Ghorayeb, R.P.R., C.S.R.**
Official Court Reporter

```
 1              THE COURT:  Let me cut you off.

 2              MS. BOUCHARD:  Sure.

 3              THE COURT:  I'm leaving on vacation tomorrow.

 4              MS. BOUCHARD:  Okay, Your Honor.

 5              THE COURT:  Your timing is -- Plaintiff's timing is

 6    impeccable.

 7              MS. BOUCHARD:  Yes, as it usually is in these

 8    things.  We would like to have the opportunity to at least

 9    review the briefs before we're able to argue.  There were many

10    misrepresentations just in the Complaint alone.

11              THE COURT:  Give me a for instance.

12              MS. BOUCHARD:  Certainly.  We have proposed a very

13    scoped role for Mr. Smith, in a narrow area of cloud services.

14    That was not shared in the Complaint.  I can pass up the

15    proposal.

16              Most importantly, that proposal keeps him out of

17    sales, it keeps him out of pricing.  It prevents him from

18    soliciting customers that he engaged with at IBM.  It also

19    prohibits him from soliciting employees at IBM, and, most

20    importantly, it confirms his agreement not to share

21    confidential and trade secret information.

22              THE COURT:  So, what will he be doing?

23              MS. BOUCHARD:  He'll be working in an area leading

24    internal teams in a marketplace, developer tools, and support

25    and manage service provider offerings.
```

1              MR. RICHMAN:  I'm sorry.  I'm sorry, Your Honor.

2              THE COURT:  -- Mr. Richman.

3              MS. BOUCHARD:  So, Your Honor, may I pass something

4      up.

5              THE COURT:  Sure.

6              MS. BOUCHARD:  Because they referenced the Gartner

7      report and they referenced in their Complaint that Amazon and

8      IBM are neck and neck.  Okay.  That was the impression that

9      they left in that Complaint, in that publicly filed Complaint.

10              In the same Gartner report, you will see that

11     Gartner prepared a chart and that chart has four quartiles,

12     and you will see where Amazon Web Services falls in that

13     quartile.  Do you see it?  It's on the top.

14              THE COURT:  Yes, but I don't see why it's relevant.

15     I don't care if Amazon Web Services is kicking IBM's behind,

16     that's not --

17              MS. BOUCHARD:  Your Honor --

18              THE COURT:  So what?

19              MS. BOUCHARD:  It does matter, because the

20     information that Mr. Smith would have at IBM would have to be

21     of use to Amazon.  It is of no use.  The Gartner report speaks

22     about the maturity of Amazon's product.

23              THE COURT:  That I'm not buying.  It's of no use?

24              MS. BOUCHARD:  It is of no use, Your Honor.

25              THE COURT:  Zero use?  That they have absolutely no

1    interest in IBM -- what IBM is doing?

2            When we go to discovery in this case, they are not

3    going to find a single document in the possession of Amazon

4    Web Services where anybody at Amazon Web Services talks about

5    or wonders or expresses a concern or curiosity about what IBM

6    is doing?

7            MS. BOUCHARD:  Maybe Microsoft.

8            THE COURT:  That's really hard to believe.

9            MS. BOUCHARD:  Yeah.  Actually, it's going to be

10   more about Microsoft and it's going to be more about Google,

11   who are their actual competitors.

12           THE COURT:  Well, I don't know.  According to this

13   document, IBM is a visionary, not a leader.

14           MS. BOUCHARD:  No.  It's a, it's a middle of the

15   road visionary.

16           THE COURT:  It's a middle of the road visionary.

17   So, when we --

18           MS. BOUCHARD:  And it can't execute.

19           THE COURT:  When we go through discovery in this

20   case, nobody is going to find any documents in Amazon Web

21   Services' computers or anywhere where they say, "I wonder what

22   IBM is working on," or, "I hear IBM is working on something,"

23   or, "we should do this because IBM can't do it," or, "we

24   should do this because we want to take customers from IBM."

25           MS. BOUCHARD:  So, maybe there is a document, but

                    Sue Ghorayeb,  Official Court Reporter