UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>JEFF S. SMITH,<br><br>              Defendant. | Case No. 7-17-cv-05808 (CS) (PED)<br><br>**[PROPOSED] ORDER TO VACATE TEMPORARY RESTRAINING ORDER AND DENY IBM'S REQUEST FOR A PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, TO PRECLUDE IBM FROM PRESENTING EVIDENCE AT THE PRELIMINARY INJUNCTION HEARING** |

**THIS MATTER** having been opened to the Court upon the Motion of Morgan, Lewis & Bockius LLP, counsel for Defendant Jeff Smith,

**IT IS** on this _____ day of _____, 2017,

**ORDERED** that the Temporary Restraining Order issued in the above-captioned matter is VACATED and

**IT IS FURTHER ORDERED** that Plaintiff International Business Machines Corporation's Motion for a Preliminary Injunction is **DENIED**.

[**IT IS FURTHER ORDERED** that Plaintiff International Business Machines Corporation is precluded from presenting evidence at the preliminary injunction hearing on August 21 and 24, 2017.]

Dated: _____, 2017          _____
        White Plains, New York                         Hon. Cathy Seibel, U.S.D.J.

DB1/ 93320279.1