UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFF S. SMITH,<br><br>　　　　　Defendant. | Case No. 7-17-cv-05808 (CS) (PED)<br><br>**DECLARATION OF SARAH E. BOUCHARD IN SUPPORT OF SUPPLEMENTAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

**DECLARATION OF SARAH E. BOUCHARD**

I, Sarah E. Bouchard, under penalty of perjury and from personal knowledge, make the following declaration:

1. I am over 21 years old and have personal knowledge of, and am competent to testify to, all of the facts set forth herein.

2. I am a partner with Morgan, Lewis & Bockius LLP, which represents Defendant Jeff Smith ("Mr. Smith").

3. I submit this declaration in support of Mr. Smith's Supplemental Proposed Findings of Fact and Conclusions of Law.

4. A true and correct copy of Mr. Smith's First Set of Requests for Expedited Production of Documents is attached as Exhibit 1.

5. A true and correct copy of IBM's policy on the return of company-issued devices is attached as Exhibit 2.

6. After IBM continued to claim that Mr. Smith acted improperly in wiping his IBM-issued devices upon his departure from IBM, Mr. Smith repeatedly requested IBM's

policy on the return of company-issued devices.  IBM did not provide Mr. Smith with that policy until yesterday, August 15, 2017.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of August, 2017.

_____

Sarah E. Bouchard

DB1/ 93319316.1