UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

---------------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned International Business Machines, Inc. v. Jeffrey Smith

_____, US, No. 17-5808.

The date(s) for which such authorization is provided is (are) August 21 and August 24.

| Attorney | Device(s) |
|---|---|
| 1. Sarah E. Bouchard | Laptop, iPhone, iPad |
| 2. Michael E. Banks | Laptop, iPhone, iPad |
| 3. Brandon Brigham | Laptop, iPhone, iPad, Air-card |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 8/17/17

_____
United States Judge

Revised: February 26, 2014

| Attorneys | Device |
|---|---|
| Sean Sloan | Cell phone |
| Zach Johnson | Cell Phone |
| Liz Hackett | Cell Phone |
| Margaret McDowell | Cell Phone |
| Caroline Ball | Cell Phone |
| Ronald Richman | Cell phone, Laptop, iPad |
| Max Garfield | Cell phone, Laptop, iPad |
| Sarah Huff | Cell phone, Laptop, iPad |
| | |
| **Vendors** | **Equipment** |
| Aquipt – Jeff Harvey<br>376 Crooked Lane<br>King of Prussia, PA 19406 | 6 - 22-inch monitors<br>Cables<br>Switch box/connectors<br>Power cords<br>Tape |
| DecisionQuest<br>Karl Reed | Two laptops<br>Cables<br>Switches<br>Power cord |