UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                   Plaintiff,<br><br>                v.<br><br>JEFF S. SMITH,<br><br>                   Defendant. | 17 Civ. 5808(CS)(PED)<br><br>**NOTICE OF MOTION TO QUASH THE SUBPOENA SERVED ON VIRGINIA M. ROMETTY AND FOR A PROTECTIVE ORDER <u>PRECLUDING HER TESTIMONY</u>** |

       **PLEASE TAKE NOTICE** that Plaintiff International Business Machines Corporation, upon the accompanying Memorandum of Law, Declaration of Pietro Signoracci, dated August 18, 2017, and the exhibits annexed thereto, and Declaration of Virinia M. Rometty, will move this Court, by and through its undersigned attorneys, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, at such date as the Court will determine, for an Order, pursuant to Rule 45(d) of the Federal Rule of Civil Procedure, quashing the subpoena served by Defendant Jeff Smith on Virginia M. Rometty, IBM's Chairman, President, and Chief Executive Officer, and for a Protective Order, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, precluding her testimony.

Dated: New York, New York
August 18, 2017

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP


By: s/ Robert A. Atkins
    Robert A. Atkins
    Lorin L. Reisner
    Gregory F. Laufer
    1285 Avenue of the Americas
    New York, New York 10019-6064
    (212) 373-3000
    ratkins@paulweiss.com
    lreisner@paulweiss.com
    glaufer@paulweiss.com

    *Attorneys for Plaintiff*
    *International Business Machines Corporation*