# Exhibit 4 (Withdrawn)