**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

                Plaintiff,

      v.

JEFF S. SMITH,

                Defendant.

17 Civ. 5808(CS)(PED)

---

### DECLARATION OF GREGORY F. LAUFER IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE TEMPORARY RESTRAINING ORDER

Gregory F. Laufer declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am admitted to practice before this Court and am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Plaintiff International Business Machines Corporation ("IBM") in this action. I am personally familiar with the facts set forth herein. I respectfully submit this declaration in opposition to Defendant's motion to vacate temporary restraining order and deny IBM's request for a preliminary injunction or, in the alternative, to preclude IBM from presenting evidence at the preliminary hearing.

2.      Attached as Exhibit A is a true and correct copy of the transcript of the deposition of Defendant Jeff Smith, taken August 17, 2017.

3.      Attached as Exhibit B is a true and correct copy of a document produced by IBM in this action on August 8, 2017, bearing bates IBM-JSS_00013163 to 13195.

4.    Attached as Exhibit C is a true and correct copy of a document produced by IBM in this action on August 16, 2017, bearing bates IBM-JSS_00014661 to 14671.

5.    Attached as Exhibit D is a true and correct copy of a document produced by IBM in this action on August 16, 2017, bearing bates IBM-JSS_00014672 to 14673.

I declare under penalty of perjury that the foregoing is true and correct.

Gregory F. Laufer

Executed on August 18, 2017
New York, New York