

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
————————————————————————x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __International Business Machines Corporation v. Smith_____

_____, No. _17 Civ. 5808_.

The date(s) for which such authorization is provided is (are) _August 18, 21, and 24, 2017_____.

| Attorney | Device(s) |
|---|---|
| 1. Robert Atkins | Laptop, tablet device, mobile device |
| 2. Lorin Reisner | Laptop, tablet device, mobile device |
| 3. Gregory Laufer | Laptop, tablet device, mobile device |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 8/21/17

_Cathy Seibel_
United States Judge

Revised: February 26, 2014

| Attorney | Device(s) |
|---|---|
| Christopher Filburn | Laptop, tablet device, mobile device |
| Pietro Signoracci | Laptop, tablet device, mobile device |
| | |
| **Vendors** | **Equipment** |
| Impact Trial Consulting Firm<br>John Christopher | 2 laptops, 1 phone, misc. cables and cords |
| Impact Trial Consulting Firm<br>Jeff Woodbury | 1 laptop, 1 phone, misc. cables and cords |
| Impact Trial Consulting Firm<br>William Weir | 2 laptops, 1 phone, misc. cables and cords |