# Morgan Lewis

MEMO ENDORSED

**Brandon J. Brigham**
+1.215.963.4780
brandon.brigham@morganlewis.com
eFax: 877.432.9652

August 29, 2017

**VIA EMAIL**

The Honorable Judge Cathy Seibel
United States District Judge
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *International Business Machines Corporation v. Jeff Smith*, Case No. 17-cv-5808-CS

Dear Judge Seibel:

Defendant Jeff Smith filed a redacted version of his proposed Findings of Fact and Conclusions of Law, Dkt. 64. Opposing counsel point out that while the document appears redacted, if a person downloaded it and then "copy and pasted" the redacted text in a different document, then that individual would be able to view the underlying redacted text. Accordingly, we respectfully request that Dkt. 64 be removed from the docket and replaced with the attached.

If the Court would like to discuss, we would be happy to do so.

Respectfully submitted,

Brandon J. Brigham

c: All Counsel of Record

*The Clerk of Court is directed to strike Doc. 64. Defendant should then refile the corrected document.*

So Ordered,

Cathy Seibel, U.S.D.J.

Dated: 8/29/17

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921    O +1.215.963.5000
United States                  F +1.215.963.5001