UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

| INTERNATIONAL BUSINESS MACHINES CORPORATION, |
|---|
| Plaintiff, |
| v. |
| JEFF S. SMITH, |
| Defendant. |

17 Civ. 5808 (CS) (PED)



## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT BEING STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to a Settlement Agreement dated September 8, 2017, all claims in this matter shall be dismissed; it is therefore

ORDERED that this action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs; and, it is further

ORDERED that the Court shall retain jurisdiction in this matter for purposes of enforcing the Settlement Agreement.

Dated: New York, New York

_____       9/18/17
Robert A. Atkins                       Date
Lorin L. Reisner
Gregory F. Laufer
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiff International Business Machines Corporation*

_____       9/19/17
Ronald E. Richman                      Date
Max Garfield
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Michael L. Banks (*pro hac vice*)
Sarah E. Bouchard (*pro hac vice*)
Brandon J. Brigham (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Attorneys for Defendant Jeff Smith*

SO ORDERED:

_____
Cathy Seibel, U.S.D.J.

2

September 22, 2017

The Clerk shall close the case.